GEORGE B. DAVIS, an Infant, by CHESTER W. DAVIS, His Guardian ad Litem, Appellant, v. MARION GERARD et al., Respondents. CHESTER W. DAVIS, Appellant, v. MARION GERARD et al., Respondents.—

Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

AUGUSTA DERONDA, Respondent, v. C. & S. MARKS SHOPS, INC., Appellant.—

No opinion. Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

SARAH DRACHENBERG, Respondent, et al., Plaintiffs, v. LONG ISLAND RAILROAD COMPANY, Appellant, et al., Defendants.—

Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.